IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| YOLANDA C. OLIVER, ) | CASE NO. 1:06CV2396 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATION |
| Defendant. ) | |

On March 26, 2008, the Magistrate Judge entered a Report and Recommended Decision in the above matter, recommending the Court reverse the decision of the Commissioner denying Plaintiff's Application for Disability Insurance Benefits and remand the decision for reconsideration of the Residual Functional Capacity ("RFC") finding, to include specific limitations on Plaintiff's reading ability, ECF Doc. No. 22.

On April 3, 2008, Defendant responded it would not object to the Magistrate Judge's Report and Recommended Decision, ECF Doc. No. 23.

The Court adopts the Magistrate Judge's Report and Recommended Decision, as if fully written.

THEREFORE, the Court orders the decision of the Commissioner denying Plaintiff's Application for Disability Insurance Benefits **REVERSED** and this matter **REMANDED** for reconsideration of the Residual Functional Capacity ("RFC") finding to include specific limitations on Plaintiff's reading ability.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

April 4, 2008