**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| YOLANDA C. OLIVER | ) | CASE NO. 1:06CV2396 |
| Plaintiff(s), | ) | |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

April 4, 2008